**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

USA

vs.

Christian Williams

No. 503-cr-243-26
(NAM/GJD)

### ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the "Motion to Amend and Supplement," Dkt. No. 847, in the above-entitled action shall be stricken from the docket for the following reason listed below. Because Petitioner/Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1. Petitioner/Defendant's submission is rejected because he/she failed to indicate that he/she served his/her submission on opposing counsel. See L.R. 5.1(a) ("[a]ll pleadings and other papers shall be served and filed in accordance with the Federal Rules of Civil Procedure and shall be in the form prescribed by L.R. 10.1. The party or its designee shall declare, by affidavit or certification, that it has provided all other parties in the action with all documents it has filed with the Court."). The Clerk's Office shall not forward copies of Petitioners/Defendant's submission(s) to opposing counsel. All future submissions to the Court must contain such an affidavit or certification; failure to do so shall result in rejection of the submission without processing.

2. All documents shall be filed in accordance with Local Rule.10.1 Form of Papers. *See 10.1 (c)(2):*

<u>N.Y.N.D Local Rule 10.1(c)(2)</u>
The Court may reject documents that do not comply with the above-listed requirements.

(c) Information required. The following information must appear on each document that a party files.

> 1. A caption, which must include the title of the Court, the title of the action, the civil action number of the case, the initials of the assigned judge(s), and the name or nature of the paper in sufficient detail for identification. The parties must separately caption affidavits and declarations and must not physically attach them to the Notice of Motion or

Memorandum of Law.

2. Each document must identify the person filing the document. <u>This identification must include an original signature of the attorney or pro se litigant; the typewritten name of that person; the address of a pro se litigant;</u> and the bar roll number, office address, telephone number, e-mail address and fax number of the attorney. <u>All attorneys of record and pro se litigants must immediately notify the Court of any change of address. Parties must file the notice of change of address with the Clerk and serve the same on all other parties to the action. The notice must identify each and every action to which the notice shall applies.</u>

IT IS SO ORDERED,

Date:   July 22, 2009
       Syracuse, NY

Norman A. Mordue
Chief United States District Court Judge